UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD MICHAEL ANTHONY LEE,

    Petitioner,

v.	Case No. 3:22cv8086-LC-HTC

STATE OF FLORIDA,

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 27, 2022, ECF No. 10.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

    1.    The Magistrate Judge's Report and Recommendation, ECF No. 10, is adopted and incorporated by reference in this order.

    2.    The amended petition under 28 U.S.C. § 2254, ECF No. 6, is **DISMISSED** for lack of jurisdiction as an unauthorized successive petition.

3. A certificate of appealability is **DENIED**.

4. The clerk is directed to close the file for this case.

**DONE AND ORDERED** this 25th day of August 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICTJUDGE**
